■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID D. JONES, Appellant. [668 NYS2d 540] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, McCarthy, J.—Burglary, 2nd Degree.) Present—Green, J. P., Hayes, Callahan, Balio and Fallon, JJ.